AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

      V.                      **APPEARANCE**

**RAYMOND DELVECCHIO, JR.**

                             **DOCKET NUMBER: 3:03-cr-00228(JCH)**

To The Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

DECEMBER 7, 2004
DATED                                           SIGNATURE

                                          CHRISTOPHER W. SCHMEISSER
                                          PRINT NAME

                                          ASSISTANT UNITED STATES ATTORNEY
                                          ct14806
                                          FEDERAL BAR NUMBER

                                          United States Attorney's Office
                                          915 Lafayette Boulevard Room 309
                                          ADDRESS

                                          Bridgeport, Connecticut   06604
                                          CITY       STATE       ZIP CODE

                                          203-696-3000
                                          PHONE NUMBER

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the within and foregoing was mailed to the following this 7th day of December, 2004:

Norman Pettis, Esq.
Williams & Pattis -NH
51 Elm Street, Suite 409
New Haven, CT 06510

_____
CHRISTOPHER W. SCHMEISSER
ASSISTANT UNITED STATES ATTORNEY