UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:03CR228 (JCH) |
| | : | |
| RAYMOND DELVECCHIO | : | MARCH 3, 2005 |

## **MOTION FOR WAIVER OF FEES AND COSTS AND APPOINTMENT OF COUNSEL**

The defendant hereby moves for waiver of fees and costs associated with the filing and perfection of an appeal and for appointment of counsel under the provisions of the criminal justice act. He has submitted an affidavit of indigency together with this motion.

THE DEFENDANT

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
napatty1@aol.com
ct13120

## **CONCLUSION**

The foregoing was mailed this 3rd day of March 2005 to Keith King at the United States Attorney's Office, 157 Church Street, New Haven, CT 06510, and sent via facsimile this date.

_____
NORMAN A. PATTIS