UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 3:03CR228(JCH) |
| RAYMOND DELVECCHIO | : | MARCH 2, 2005 |

### AFFIDAVIT OF RAYMOND DELVECCHIO

1. I am over the age of eighteen and understand the meaning and obligation of an oath.

2. I have been incarcerated for more than one year and lack income of any kind.

3. I have no assets other than a checking account containing at most $500.

4. I intend to take an appeal.

5. I lack the resources to perfect the appeal and pay the filing fees, acquire transcripts, etc.

6. I am requesting waiver of fees and costs and appointment of counsel under the Criminal Justice Acts.

_____

_____
RAYMOND DELVECCHIO

_____
Commissioner of Superior Court