UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:03CR228 (JCH) |
| | : | |
| RAYMOND DELVECCHIO | : | MARCH 3, 2005 |

## NOTICE OF APPEAL

The defendant hereby provides notice of his intent to appeal the judgment of conviction rendered in this case on February 23, 2005. He has filed an affidavit of indigency with this motion as a request to waive the fee associated with an appeal.

THE DEFENDANT

By_____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745
napatty1@aol.com
ct13120

## CONCLUSION

The foregoing was mailed this 3rd day of March 2005 to Keith King at the United States Attorney's Office, 157 Church Street, New Haven, CT 06510, and sent via facsimile this date.

_____
NORMAN A. PATTIS

1