# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __March 16, 2005__   TO: Intake Clerk

FROM: Tasha Simpson, 203-579-5657

**FILED**
2005 APR -1 A 11:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** USA vs DelVecchio

**DOCKET NO.:** 3:03 cr 228 (JCH)

**NOTICE OF APPEAL:** filed: __March 3, 2005__

**APPEAL FROM:**
final judgment: ✓
interlocutory: __
other: __

**DOCKET SHEET:**
Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ____ Due ✓ N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____   Denied ____

**COA:** Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____GW_____ DATE: _____
DEPUTY CLERK, USCA

USCA No. _____.