**ORIGINAL MANDATE**

BRCT- Bridgeport, Ct
03-cr-228
HALL

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### Motion Information Statement

| | | | |
|---|---|---|---|
| Docket Number(s): | 05-1405-cr | | USA v. Delvecchio |
| Motion For: | Dismiss | | |

Set forth below precise, complete statement of relief sought:

Motion to Dismiss Improper Appeal

FILED SEP - 9 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

| | | | |
|---|---|---|---|
| Moving Party: | USA | Opposing Party: | Delvecchio |

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner
☒ Appellee/Respondent

| | | | |
|---|---|---|---|
| Moving Attorney: | Keith A. King | Opposing Attorney: | Steven A. Feldman Esq. |
| | 157 Church Street<br>New Haven, CT. 06510 | Firm:<br>Address: | Feldman & Feldman<br>300 Rabro Drive<br>Hauppauge, NY. 11788 |
| by:<br>Tel:<br>e-mail: | AUSA<br>(203) 821-3700<br>keith.king@usdoj.gov | Tel:<br>e-mail: | (203) 393-3017<br>napatty1@aol.com |

Court-Judge/Agency appealed from: Honorable Janet Hall for the United States District Court, District of Connecticut

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?   ☐ Yes ☒ No
B. been obtained?   ☐ Yes ☒ No
Is oral argument requested?   ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☒ No

If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:   Date:
/s/ Keith King   6/9/05

Has service been effected?   ☒ Yes ☐ No
[Attach affidavit of service]

ISSUED AS MANDATE: 5/31/06

---

**ORDER**

Before: Hon. John M. Walker, Jr., *Chief Judge*,
Hon. Dennis Jacobs, Hon. Clifford J. Wallace*, *Circuit Judges*.

**IT IS HEREBY ORDERED** that the motion be and it hereby is **GRANTED**.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

March 10, 2006
Date

For the Court:
Roseann B. MacKechnie, Clerk

By: Lucille Carr, Deputy Clerk

FILED MAY 1 2006

*The Honorable Clifford J. Wallace, of the United States Court of Appeals for the 9th Circuit, sitting by designation