UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

Case No. 3:03-MJ-00183 (JGM)

United States of America,
    Plaintiff,
vs.
Raymond Delvecchio,
    Defendant.
_____/

### DEFENDANT'S MOTION FOR PREPARATION OF TRANSCRIPTS

Comes now, the defendant, Raymond Delvecchio, who respectfully seeks an order from this Court for the preparation, at government expense, of transcripts of the hearing held May 3, 2004 on Defendant's Motion for Competency Exam and on July 30, 2004 at which Defendant was found competent to stand trial. In support of this request, the Defendant states the following:

    1.) The Defendant, who is proceeding pro se, is incarcerated at the Allenwood Federal Low Security Correctional Facility located in White Deer, PA.

    2.) The Defendant, a 59-year-old individual with a tenth grade education, is relying on the assistance of a fellow inmate in the preparation of this petition.

    3.) On May 3, 2004, a hearing was held on the Defendant's oral Motion for a Psychiatric Examination; and on July 30, 2004, the Court ruled in open court on the Defendant's Motion for a Competency Evaluation.

    4.) The Defendant, who never had an opportunity to

review the report issued in response to the Court's order that Defendant's Competency be evaluated, was sentenced to a term of imprisonment of 174 months on February 23, 2005 pursuant to a plea agreement in which the Defendant plead guilty to the charges of (1) threatening to murder a federal law enforcement officer and (2) unlawful posession of firearms.

5.) The Defendant is contemplating petitioning this Court for a determination of his actual innocence of the aforesaid charges and that the sentence was imposed in violation of the Constitution or laws of the United States.

6.) Because of the complex nature of American Jurisprudence and the nuances of the rules governing Habeas Corpus Cases, the Defendant can not prepare a meaningful Petition seeking collateral review of his conviction without having the opportunity to review transcripts of the hearings held on Defendant's Motion for a Psychiatric Exam and the Court's subsequent finding thereon.

7.) The Defendant, who is indigent and unable to personally pay for the preparation of the aforementioned transcripts, will be severely prejudiced if his request for preparation of those transcripts at government expense were not granted.

8.) The Defendant has enclosed herewith an application

to proceed in forma pauperis with supporting documentation.

9.) The Defendant is incarcerated and therefore unable to ascertain the government's position regarding the relief requested herein.

Wherefore, the Defendant respectfully requests an order from the Court directing that transcripts of the hearings conducted on May 3, 2004 and July 30, 2004 be prepared at government expense and forwarded to the Defendant.

Respectfully submitted,

Dated: February 25, 2008

*Raymond DelVecchio*
Raymond Delvecchio
Reg.No. 15254-014
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

## CERTIFICATE OF SERVICE

I, Raymond Delvecchio, do hereby certify that I have mailed a true and correct copy of the foregoing Motion for Preparation of Transcripts, via first-class mail to:

> The Office of the U.S. Attorney
> 157 Church Street, 23rd Floor
> New Haven, CT 06510

on this 26th day of February 2008.

*[signature: Raymond Delvecchio]*
Raymond Delvecchio